**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------------------------------------------X
**STEVEN CARTER,**

**Plaintiff,**

-against-                                                        **20-CV-01616 (SVN)**

**TD BANK, N.A.,**

**Defendant.**
-----------------------------------------------------------------------X

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant TD Bank, N.A., by its undersigned counsel, hereby respectfully moves for an Order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment and dismissing the Complaint, and each and every count and claim therein, in its entirety upon the ground that no genuine issue of material fact exists to warrant a trial, together with such other and further relief as the Court deems just and proper. The instant motion is supported by the accompanying Local Rule 56(a)1 Statement dated June 24, 2022; Declaration of Michael C. Schmidt dated June 24, 2022 with exhibits; and Memorandum of Law dated June 24, 2022.

**ORAL ARGUMENT NOT REQUESTED / TESTIMONY NOT REQUIRED**
LEGAL\58419999\1

2

**WHEREFORE**, Defendant respectfully requests that the Court grant its instant Motion for Summary Judgment in its entirety, and award such other and further relief as the Court deems just and proper, including the fees and costs incurred in making this motion.

Dated:  New York, New York
        June 24, 2022

<div style="margin-left:40%">

Respectfully submitted,

COZEN O'CONNOR
*Attorneys for Defendants*

By:  _____

Michael C. Schmidt (ct31056)
3 World Trade Center
175 Greenwich Street – 55th Floor
New York, New York 10007
(212) 453-3937

</div>

2

## Certificate of Service

I hereby certify that on June 24, 2022, a copy of the foregoing Motion for Summary Judgment was filed electronically and served by mail on all counsel and pro se parties, including anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

COZEN O'CONNOR
*Attorneys for Defendants*

By:   _____
Michael C. Schmidt (ct31056)
3 World Trade Center
175 Greenwich Street – 55th Floor
New York, New York 10007
(212) 453-3937

3