UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------------X
STEVEN CARTER,

|  |  |  |
|---|---|---|
|  | **Plaintiff,** | **DECLARATION OF**<br>**MICHAEL C. SCHMIDT** |
| **-against-** |  | **20-CV-01616 (SVN)** |

TD BANK, N.A.,

**Defendant.**
-------------------------------------------------------------------------X

  **MICHAEL C. SCHMIDT,** declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

  1. I am an attorney admitted to practice before this Court, and am a member of the law firm of Cozen O'Connor, counsel for Defendant in the above-captioned action. I respectfully submit this declaration in support of Defendant's instant motion for an order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and dismissing the Complaint in its entirety.

  2. I have annexed hereto true and accurate copies of the following exhibits in support of Defendant's motion:

   **Exhibit A.** Plaintiff's Complaint.

   **Exhibit B.** Defendant's Answer.

   **Exhibit C.** Excerpts from the transcript of Plaintiff's deposition.

   **Exhibit D.** Excerpts from the transcript of the deposition of Kevin Taylor.

   **Exhibit E.** Excerpts from the transcript of the deposition of Diane DiCicco.

   **Exhibit F.** Excerpts from the transcript of the deposition of Brian Carter.

   **Exhibit G.** Excerpts from Defendant's investigation.

   **Exhibit H.** Excerpts from Defendant's Employee Handbook.

LEGAL\58419868\1

2

**Exhibit I.**     July 2019 account opening documents.

**Exhibit J.**     November 2019 E-Mails.

**Exhibit K.**     September/October 2019 E-Mails.

Dated:  New York, New York
            June 24, 2022

_____
Michael C. Schmidt (ct31056)

**<u>Certificate of Service</u>**

I hereby certify that on June 24, 2022, a copy of the foregoing Declaration of Michael C. Schmidt was filed electronically and served by mail on all counsel and pro se parties, including anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

COZEN O'CONNOR
*Attorneys for Defendants*

By:    _____

Michael C. Schmidt (ct31056)
3 World Trade Center
175 Greenwich Street – 55th Floor
New York, New York 10007
(212) 453-3937