**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

STEVEN CARTER,                          :
                                        :
                    Plaintiff,          :        Case No.:   3:20 cv 01616 (SVN)
                                        :
VS.                                     :
                                        :
TD BANK, N.A.,                          :
                                        :
                    Defendant.          :        JULY 8, 2022

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, **Steven Carter**, in the above-entitled action, by and through his attorney, James V. Sabatini Esquire, requests an extension of time of 30 days in which to respond to defendant's Motion For Summary Judgment dated June 24, 2022.  Plaintiff needs up to and including August 15, 2022, in which to adequately and properly respond.  Due to the legal arguments raised by defendant in its Motion along with the volume of facts, plaintiff requires additional time in which to adequately and properly file an objection.

Defense counsel consents to the instant Motion and he requests that his reply date be extended to September 12, 2022 as he will be out of the office the week of August 29, 2022. Both parties consent to the requested extensions.

Respectfully Submitted,

By /s/ James V. Sabatini
James V. Sabatini, Esquire      CT 19899
Sabatini and Associates, LLC
One Market Square
Newington, CT  06111
Tel. No.:  860-667-0839
Fax No.:  860-667-0867
e-mail:  jsabatini@sabatinilaw.com

Attorney for plaintiff

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022, a copy of the foregoing Motion For Extension of Time to Respond To Defendant's Motion for Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James V. Sabatini
James V. Sabatini