**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| STEVEN CARTER, | : | |
| | : | |
| **Plaintiff,** | : | **Case No.:  20-CV-01616-SVN** |
| | : | |
| VS. | : | |
| | : | |
| TD BANK, N.A., | : | |
| | : | |
| **Defendant.** | : | **August 15, 2022** |

**PLAINTIFF'S OBJECTION TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, in the above-entitled action, by and through his attorneys, Sabatini and Associates, LLC, objects to Defendant's Motion for Summary Judgment. Specifically, Plaintiff objects because genuine issues of material fact exist and Plaintiff can prevail before a jury on his legal claims. In support of the Objection, Plaintiff submits his Local Rule 56(a)(2) Statement of Disputed Facts, Memorandum of Law in support of the Objection, deposition testimony, and exhibits.

/s/ James Sabatini
James V. Sabatini, Esq.   CT 19899
Sabatini and Associates, LLC
One Market Square
Newington, CT   06111
Tel. No.:   860-667-0839
Fax No.:   860-667-0867
e-mail:   jsabatini@sabatinilaw.com

ATTORNEY FOR PLAINTIFF

## <u>ELECTRONIC CERTIFICATE OF SERVICE</u>

I hereby certify that on August 15, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.   Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.

/s/ James Sabatini
James Sabatini
